```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA

                  CASE NO. 25-10038-CR-LEIBOWITZ
```

**UNITED STATES OF AMERICA,**

v.

**MILES ANTHONY CONNORS,**

    Defendant.
_____/

### ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE came before the Court on United States Magistrate Judge Lurana S. Snow's Report and Recommendation on Change of Plea, issued September 8, 2025 [ECF No. 18].

On September 5, 2025, Magistrate Judge Snow held a Change of Plea hearing, during which Defendant pled guilty to Count One of the Information [ECF No. 8]. Magistrate Judge Snow thereafter issued this Report and Recommendation.

No party has filed objections to magistrate Judge Snow's Report and Recommendation, and the time to do so has passed.

The Court has conducted a review of the record and finds no error in the Report and Recommendation. Therefore, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 18] is **AFFIRMED AND ADOPTED.**

2. The guilty plea entered into by Defendant Miles Anthony Connors as to Count One of the Information is **ACCEPTED.**

CASE NO. 25-10038-CR-LEIBOWITZ

3. Defendant Miles Anthony Connors is adjudicated guilty of Count One of the Information, which charges Defendant with Reentry of Removed Aliens in violation of 8 U.S.C. § 1326.

**DONE AND ORDERED** in the Southern District of Florida on September 25, 2025.

_____
**DAVID S. LEIBOWITZ**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record
    Magistrate Judge Lurana S. Snow